Form NDC

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| In Re: | Joseph Scott Chepes | Case No.: 19–10385 DM 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on June 3, 2019 . Therefore, it is ordered that this case be **dismissed**.

Dated: 6/17/19

By the Court:

Dennis Montali
United States Bankruptcy Judge